IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| COVENTRY HEALTH CARE, INC., et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 3:09-cv-01009 |
| ) | |
| CAREMARK, INC., ) | Judge Thomas A. Wiseman, Jr. |
| ) | Magistrate Judge E. Clifton Knowles |
| Defendant. ) | |

## ORDER

Before the Court is the Motion to Remand (Doc. No. 19) filed by Plaintiffs Coventry Health Care, Inc. and twenty-two subsidiaries of Coventry Health Care, Inc., all insurers and health maintenance organizations. For the reasons set forth in the memorandum opinion filed contemporaneously herewith the plaintiffs' motion to remand this case to state court is hereby **DENIED**. The matter is referred back to Magistrate Judge E. Clifton Knowles for further case management as necessary.

It is so **ORDERED**.

_____
Thomas A. Wiseman, Jr.
Senior U.S. District Judge